NICHOLAS M. WOOLDRIDGE ESQ.
Bar # 8732
LV Criminal Defense
Wooldridge Law Ltd.
520 S. 4th Street, Suite #200
Las Vegas, NV 89101
Telephone: (702) 330-4645
Attorney for Defendant, Marc Brattin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-266 |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE** |
| vs. | |
| TIMOTHY MCPHEARSON et. al | |
| Defendant. | |

NICHOLAS WOOLDRIDGE, ESQ. of WOOLDRIDGE LAW LTD., 520 S. 4th Street, Suite 200, Las Vegas, NV, 89101, (702) 330-4645, hereby appears as the attorney of record for, and at the request of TIMOTHY MCPHEARSON.

**DATED** this 1st day of October, 2015

_____
TIMOTHY MCPHEARSON

1

I, NICHOLAS M. WOOLDRIDGE, ESQ., am duly admitted to practice in this District. and accept this notice.

**DATED** this 1st day of October, 2015.

/s/ Nicholas M. Wooldridge
NICHOLAS M. WOOLDRIDGE
Attorney for Defendant,
TIMOTHY MCPHEARSON

Please check one: \_\_\_x\_\_\_RETAINED, or _____APPOINTED BY THE COURT

**APPROVED:**

**DATED:** _____       _____
                          **UNITED STATES DISTRICT COURT JUDGE**

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned herby certifies that on October 1, 2015, I caused to be electronically filed the forgoing document with the U.S. District Court of Nevada by using the CM/ECF system. I certify that the Government is registered as an ECF Filer and that it would be served the CM/ECF system.

/s/ Nicholas Wooldridge
_____
Attorney for Defendant