# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br>TIMOTHY MCPHERSON,<br><br>        Defendant. | 2:15-cr-00266-LDG-VCF<br>**ORDER** |

Before the court is the Motion to Withdraw as Counsel of Record (#75).

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Counsel of Record (#75) is scheduled for 10:00 a.m., March 11, 2016, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 23rd day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE