# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DENNIS MCPHERSON, *et al.*, <br><br> Defendants. | 2:15-cr-00266-LDG-VCF <br> **MINUTE ORDER** |

Before the Court is Timothy McPherson's Motion for Joiner to Co-Defendant Dennis McPherson's Motion to Suppress (ECF No. 132).

IT IS HEREBY ORDERED that an evidentiary hearing on the Timothy McPherson's Motion for Joiner to Co-Defendant Dennis McPherson's Motion to Suppress (ECF No. 132) is scheduled for 10:00 AM, May 1, 2017, in Courtroom 3D.

DATED this 10th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE