CHRIS ARABIA, Esq.
Nevada Bar No. 9749
**Law Offices of Chris Arabia, PC**
601 S. 10th St., Suite 107
Las Vegas, NV 89101
Phone: 702.701.4391
Fax: 877.858.7893
chris@chrisarabia.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00266-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| TIMOTHY McPHERSON, | **(Second Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, Acting United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Chris Arabia, counsel for Defendant Timothy McPherson that the sentencing hearing for the above-captioned matter, currently scheduled for August 2, 2018, be vacated and continued for no less than 60 days, to the __4th__ day of __October, 2018__, 2018 at the hour of __3:00__ a.m./p.m. This stipulation is entered for the following reasons:

1. Defendant McPherson requires the additional time because he is need of a necessary medical/therapy procedure (related to his recent surgery) prior to any term of incarceration. McPherson's pre-trial services officer is aware of the situation, as is the Assistant U.S. Attorney

1

handling the case for the government. The parties agree that it would be best to allow McPherson to have the procedure and sufficient therapy/recovery time prior to his sentencing hearing.

2. The defendant is not incarcerated at this time and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow for McPherson to have the necessary procedure prior to his sentencing and any subsequent incarceration. This is the second request to continue the sentencing date filed herein, the first having been requested because of McPherson's recent surgery arising from the same medical issues as those resulting in the instant request.

DATED: July 24, 2018.

/s/ Chris Arabia /s/ Robert Knief
Counsel for Defendant McPherson Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TIMOTHY McPHERSON, )<br>)<br>Defendant. )<br>) | Case No. 2:15-CR-00266-RFB-VCF<br><br>**ORDER TO CONTINUE<br>SENTENCING HEARING** |

    Based on the pending Stipulation of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED, that the sentencing hearing in the above-captioned matter, currently scheduled for August 2, 2018 be vacated and continued for at least 60 days, to the 4th , day of October , 2018 at the hour of 3:00 a.m./p.m.

 

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: July 27, 2018.